UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>　　　vs.<br><br>Feliciano Quiros Hernandez<br><br>　　　　　Defendant(s) | CRIMINAL NO. 08MJ1278<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, __Stormes.__

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

C.A.A. (a juvenile)

DATED: 5-12-08

RECEIVED _____
　　　　　DUSM

_Nita L. Stormes_
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _[signature]_
　　　Deputy Clerk