AO 455 (Rev. 5/85)  Waiver of Indictment

FILED

MAY 2 7 2008

# UNITED STATES DISTRICT COURT

# SOUTHERN  DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

FELICIANO QUIROS-HERNANDEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: O8CR1612-WQH

I, FELICIANO QUIROS-HERNANDEZ, the above-named defendant, who is accused of committing the

following offense:

> Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8,
> United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court

on _5/27/08_____ prosecution by indictment and consent that the proceeding may be by information rather

than by indictment.

_Felisiano Quiroz_
Defendant

_____
Defense Counsel

Before _____
Judicial Officer